(W.D.T.X. Ref: 245H)(Rev. 01/05) - Judgement in a Criminal Case for a Petty Offense (Short Form)

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

FILED
12/04/2024
Clerk, U.S. District Court
Western District of Texas

By: _____MG_____
Deputy

**UNITED STATES OF AMERICA**

vs.

**(1) VICTOR ALEJANDRO MUNOZ-UH**
　　　　Defendant.

§
§　CASE NUMBER: **EP:24-M -04900(1) ATB**
§　USM Number:
§
§

### JUDGMENT IN A CRIMINAL CASE
### (For A Petty Offense) - Short Form

The defendant, Victor Alejandro Munoz-Uh, was represented by counsel, Arif Abrar.

The defendant pled guilty to the complaint on December 4, 2024. Accordingly, the defendant is adjudged guilty of the following offense(s):

| Title & Section | Nature of Offense | Date of Offense |
|---|---|---|
| 8 USC 1325(a)(1) | IMPROPER ENTRY BY AN ALIEN | December 02, 2024 |

As pronounced on December 4, 2024, the defendant is hereby committed to the custody of the United States Bureau of Prisons for a term of **Time Served plus one (1) business day.** The defendant shall remain in custody pending service of sentence.

The special assessment imposed pursuant to 18 U.S.C. § 3013 is hereby remitted pursuant to 18 U.S.C. § 3573 because of reasonable efforts to collect this assessment are not likely to be effective.

Signed on this day, December 04, 2024.

_____
ANNE T. BERTON
UNITED STATES MAGISTRATE JUDGE

bef

# United States District Court
## Western District of Texas
### El Paso Division

INITIAL APPEARANCE/PLEA AND SENTENCE

**Case Number: EP:24-M -04900(1) ATB**

| | |
|---|---|
| DEFENDANT'S NAME: Victor Alejandro Munoz-Uh | ATTY FOR DEFENDANT: Arif Abrar |
| JUDGE: ANNE T. BERTON | AUSA: Melissa-Rose Stafford |
| DEPUTY CLERK: Myrna Gallegos | INTERPRETER: X Yes-SPANISH T.McEneny / No |
| COURT REPORTER: ERO | PROB. OFFICER: |
| | PRETRIL OFFICER: |
| DATE: December 04, 2024 | TIME: **0** Minutes   2:47-3:25 P.M. |

| PROCEEDINGS | DFT NO. | [DftNo1] | [DftNo2] |
|---|---|---|---|
| ☐ INITIAL APPEARANCE HELD | | ☐ | ☐ |
| X ARRAIGNMENT HELD | | X | ☐ |
| X DFT INFORMED OF RIGHTS/oral consent to plea | | X | ☐ |
| X GUILTY    DEFT [DftNo1] COUNT(S): COMPLAINT | | | |
| X GUILTY PLEA ACCEPTED BY THE COURT | | X | ☐ |
| ☐ Information Filed On _____ | | ☐ | ☐ |
| ☐ Motion to Dismiss Complaint filed on _____ | | ☐ | ☐ |
| ☐ Court Grants Motion to Dismiss on _____ | | ☐ | ☐ |
| ☐ Order Dismissing Complaint entered on _____ | | ☐ | ☐ |
| X Oral Motion by AUSA to Remit Special Assessment | | X | ☐ |
| X Oral Order Granting Oral Motion to Remit Special Assessment | | X | ☐ |

X SENTENCING HELD: Defendant sentenced to **Time Served** + One (1) business day; No Fine; S/A REMITTED.

OTHER:
(ORAL) As required by Rule 5(f), the United States is ordered to produce all exculpatory evidence to the defendant pursuant to Brady v. Maryland and its progeny. Not doing so in a timely manner may result in sanctions, including exclusion of evidence, adverse jury instructions, dismissal of charges and contempt proceedings_____

**United States District Court**
Western District of Texas
El Paso Division

FILED
Dec 4 2024
Clerk, U.S. District Court
Western District of Texas

By: *MG*
Deputy

**UNITED STATES OF AMERICA**

vs.   No: EP:24-M -04900(1)   ATB

**(1) VICTOR ALEJANDRO MUNOZ-UH**

*Defendant*

## ORDER APPOINTING COUNSEL

The above Defendant has testified under oath, or has otherwise satisfied this Court that he or she is financially unable to employ counsel, and does not wish to waive counsel.

Therefore, in the interests of justice, Arif Abrar, is hereby appointed, pursuant to the provisions of the Criminal Justice Act, to represent said Defendant in this case.

This appointment shall remain in effect until further order of the Court.

It is, accordingly, so **ORDERED** this the 4th day of December, 2024.

ANNE T. BERTON
UNITED STATES MAGISTRATE JUDGE

# United States District Court

## Western District of Texas

### El Paso Division

FILED
December 04, 2024
Clerk, U.S. District Court
Western District of Texas

By: _____MG_____
Deputy

| | |
|---|---|
| **UNITED STATES OF AMERICA** § § | |
| vs. § | Case Number: EP:24-M-04900(1) ATB |
| § | |
| **(1) VICTOR ALEJANDRO MUNOZ-UH** § § | |
| *Defendant* | |

## ORDER SETTING INITIAL APPEARANCE/MISDEMEANOR PLEA AND SENTENCE

IT IS HEREBY ORDERED that the above entitled and numbered case is set for INITIAL APPEARANCE/MISDEMEANOR PLEA AND SENTENCE in Magistrate Courtroom, Room 412, on the 4th Floor of the United States Courthouse, 525 Magoffin Avenue, El Paso, TX, on:

**Wednesday, December 04, 2024, at 02:30 PM**

IT IS FURTHER ORDERED that the Clerk of the Court shall send a copy of this order to counsel for defendant, the United States Attorney, United States Pretrial Services and the United States Probation Office, and any surety or custodian, if applicable. Further, counsel for the defendant shall notify the defendant of this setting and, if the defendant is on bond, advise the defendant to be present at this proceeding.

IT IS SO ORDERED this **December 04, 2024.**

_____
ANNE T. BERTON
UNITED STATES MAGISTRATE JUDGE

AO 91 (REV. 12/85)

# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS, EL PASO DIVISION

USA

vs.

(1) VICTOR ALEJANDRO MUNOZ-UH

CRIMINAL COMPLAINT
CASE NUMBER: EP:24-M -04900(1) - ATB

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **December 2, 2024** in **El Paso** County, in the **WESTERN DISTRICT OF TEXAS** DEFENDANT did, being an alien to the United States, knowingly enter and attempt to enter the United States at a time and place other than as designated by immigration officers.

in violation of Title **8** United States Code, Section(s) **1325(a)(1)**.

I further state that I am a(n) **Border Patrol Agent** and that this complaint is based on the following facts: *"On December 2, 2024, the DEFENDANT, Victor Alejandro MUNOZ-Uh, an alien to the United States and a citizen of Mexico, illegally entered the United States from the Republic of Mexico by crossing the Rio Grande River approximately 2.6 miles west of the Tornillo Port of Entry in Tornillo, Texas, in the Western District of Texas. The place where the DEFENDANT entered is not designated as a port of entry by immigration officers."*

Continued on the attached sheet and made a part hereof:   X Yes   ☐ No

Sworn to before me,

/S/ DOZAL, AARON
Signature of Complainant
Border Patrol Agent

December 4, 2024                                                          at   EL PASO, Texas
Date                                                                                        City and State

ANNE T. BERTON
UNITED STATES MAGISTRATE JUDGE

Signature of Judge
**OATH TELEPHONICALLY SWORN AT 01:05 P.M.
FED.R.CRIM.P. 4.1(b)(2)(A)**

CONTINUATION OF CRIMINAL COMPLAINT

WESTERN DISTRICT OF TEXAS

(1) VICTOR ALEJANDRO MUNOZ-UH

FACTS   (CONTINUED)

On December 2, 2024, the DEFENDANT, Victor Alejandro MUNOZ-Uh, an alien to the United States and a citizen of Mexico, illegally entered the United States from the Republic of Mexico by crossing the Rio Grande River approximately 2.6 miles west of the Tornillo Port of Entry in Tornillo, Texas, in the Western District of Texas. The place where the DEFENDANT entered is not designated as a port of entry by immigration officers.


Because this affidavit is being submitted for the limited purpose of establishing probable cause as set forth herein, I have not included each and every fact known to me concerning this investigation.


IMMIGRATION HISTORY:
NONE

CRIMINAL HISTORY:
NONE